UNITED STATES of America ex rel. Eberhard Dietrich VON ASCHEBERG, Relator-Appellant, v. W. F. WATKINS, New York District Director, Immigration and Naturalization Service, Philip Forman, Chief, Detention and Deportation Section of said Service, their Aides and Assistants and whosoever may have custody of the body of Eberhard Dietrich Von Ascheberg, Respondents-Appellees.

No. 56, Docket 20724.

Circuit Court of Appeals, Second Circuit.

Nov. 3, 1947.

1022

L. Ray Glass, of New York City, for relator-appellant.

John F. X. McGohey, U. S. Atty., of New York City (William J. Sexton, Asst. U. S. Atty., of New York City, of counsel), for respondent-appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on authority of United States ex rel. Schlueter v. Watkins, 2 Cir., 158 F.2d 853; and United States ex rel. Kessler, et al. v. Watkins, 2 Cir., 163 F.2d 140.